UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                         CASE NO. 20-19526-SMG

CARLOS ENRIQUE HERNANDEZ                     CHAPTER 7


_____Debtor_____/

**TRUSTEE'S NOTICE OF SALE TO DEBTOR**

**ALL CREDITORS AND INTERESTED PARTIES ENUMERATED ON THE LIST ATTACHED TO THE ORIGINAL NOTICE ON FILE WITH THE COURT AND THOSE PARTIES REGISTERED WITH THE COURT TO RECEIVE ELECTRONIC NOTICE.**

COMES NOW the Trustee, **Marc P. Barmat** (the "Trustee"), and files this Notice of Sale regarding assets of the above referenced bankruptcy estate to wit: the Trustee's right, title, and interest in the following asset(s): **household goods and furnishings, electronics, firearms, clothing, jewelry, animals, cash, Chase checking #9133, BB&T checking #8577, and rental security deposit.**

The Debtor has offered to pay $3,850.00[1] to repurchase the equity in the above asset(s). The Debtor has claimed the allowed statutory exemptions against the asset(s) above.

**TERMS AND CONDITIONS OF SALE ARE AS FOLLOWS:**

A.   **PAYMENT METHOD:** Payment must be made at the close of bidding in the form of a cashier's check, payable to Marc P. Barmat, Trustee, unless you have been pre-approved for writing a check by the Trustee.

B.   **LOCATION OF SALE:** The sale will be conducted at the office of the Trustee located at 2255 Glades Road, Ste 301E, Boca Raton, FL 33431.

C.   **PREVIEW TIME AND LOCATION**: Contact the Trustee's office for details.

D.   **CONDITION OF ASSETS**: Every effort has been made to provide as complete and accurate description as possible. The Trustee's office makes no representations as to the condition of any asset being sold. Everything is sold **"as-is**," **"where-is"** condition and without any warranty or guarantee.

E.   **DOCUMENTATION PROVIDED AT CLOSE OF SALE**: A Report of Sale will be filed with the Court once payment has been provided. Payment is due within two (2) calendar days. All property must be removed within two (2) calendar days of the sale.

F.   **FLORIDA STATE SALES TAX**: The Trustee **is required** by the State of Florida to collect sales tax at a rate of 7% on all sales of personal property if applicable. If you wish to request tax exempt status on sales, you are required to provide an Annual Resale Certificate to the Trustee. The Certificate **must include** the name and address of the purchaser, the effective date and number of the dealer's

---

[1] The Debtor is paying the estate five (5) payments of $650 and one (1) payment of $600 beginning November 1, 2020 and on the 1st of each month thereafter until paid in full.

Certificate of Registration, and the dealer's signature.  The Bill of Sale in tax exempt sales will contain the name of the business or person holding the sales tax certificate.  IF YOU HAVE NOT COMPLIED WITH THIS REQUIREMENT AT THE TIME OF THE SALE, SALES TAX WILL BE COLLECTED.  **(Not applicable).**

      **ALL SALES ARE SUBJECT TO CONFIRMATION BY THE TRUSTEE.**

*Any interested party may file a written objection, if any, with the Clerk, United States Bankruptcy Court, located at 299 East Broward Blvd., room 112, Fort Lauderdale, FL  33301, stating their objection, and must serve a copy on the Trustee prior to the sale date.*

*Pursuant to Bankruptcy Rule 6004 and Local Rule 6004-1(D), this proposed sale will be deemed approved without the necessity of a hearing or Order if no objection to the sale is filed and served within 21 days from the date of service of this notice, or, at least 5 days prior to the date of the proposed sale.*

    I HEREBY CERTIFY that a true and correct copy of the *Trustee's Notice of Sale* was served on those parties enumerated on the attached service list and to those parties registered with the Court to receive notices electronically.

    Dated: October 23, 2020

By: /S/ *Marc P. Barmat, Trustee*
    MARC P. BARMAT, TRUSTEE
    2255 Glades Road, Suite 301E
    Telephone: (561) 395-0500
    Facsimile: (561) 338-7532
    Email: barmat.trustee@furrcohen.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 20-19526-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Fri Oct 23 12:53:53 EDT 2020 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 21st Century Oncology Inc<br>POB 862152<br>Orlando, FL 32886-2152 |
| Aes/ Edsouth<br>Pob 61047<br>Harrisburg, PA 17106-1047 | Assetcare<br>2222 Texoma Pkwy, Suite 180<br>Sherman, TX 75090-2484 | BCA Financial Services, Inc<br>18001 Old Cutler Road, Suite 462<br>Miami, FL 33157-6437 |
| BioReference Laboratories<br>POB 21134<br>New York, NY 10087-1134 | Blaine P Mitchell, DO<br>500 North Hiatus Road, Suite 200<br>Pembroke Pines, FL 33026-5213 | Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Cavalry<br>POB 520<br>Valhalla, NY 10595-0520 | Cb Indigo/gf<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Ccs/first National Ban<br>500 East 60th St North<br>Sioux Falls, SD 57104-0478 |
| Celtic Bank/contfinco<br>4550 New Linden Hill Road<br>Wilmington, DE 19808-2930 | Celtic/cont<br>4550 New Linden Hill Road<br>Wilmington, DE 19808-2930 | Conduent<br>POB 30114<br>Salt Lake City, UT 84130-0114 |
| Deborah Cintron<br>9217 SW 227th Street, Unit 5<br>Miami, FL 33190-1885 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dr. Arturo R. Logrono, MD<br>1 SW 129th Ave, Suite 201<br>Pembroke Pines, FL 33027-1716 |
| Dr. Augusto E Whittwell<br>6705 SW 57th Avenue, Suite 416<br>Miami, FL 33143-3644 | Dr. David S Marshall, MD<br>3600 Washington St<br>Hollywood, FL 33021-8216 | Dr. Isaac Levy, MD<br>7770 Davie Road Extension<br>Hollywood, FL 33024-2516 |
| Edfinancial<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 | Francisco R. Maderal, MD<br>2140 W 68th St #300<br>Hialeah, FL 33016-1815 | Freedom Road Financial<br>10605 Double R Blvd<br>Reno, NV 89521-8920 |
| (p)FIRST SAVINGS BANK<br>PO BOX 5096<br>SIOUX FALLS SD 57117-5096 | Fst Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Greater Florida Anesthesiologists LLC<br>PO Box 17426<br>Clearwater, FL 33762-0426 |
| HSBC Card Services<br>PO BOX 5222<br>Carol Stream, IL 60197-5222 | Indira Hernandez<br>4964 SW 134th Avenue<br>Hollywood, FL 33027-5510 | Internal Revenue Service*<br>POB 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Jonathan D. Bratter, DO<br>1951 SW 172nd Ave, Suite 203<br>Hollywood, FL 33029-5613 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Larkin Community Hospital<br>7031 SW 62nd Ave<br>Miami, FL 33143-4701 |
| Lending Club Corp<br>595 Market St<br>San Francisco, CA 94105-2807 | Memorial Healthcare Systems<br>2900 Corporate Way<br>Hollywood, FL 33025-3925 | Memorial Hospital West<br>PO Box 628249<br>Orlando, FL 32862-8249 |
| Midland Credit Management<br>POB 60578<br>Los Angeles, CA 90060-0578 | NCB Management Services, Inc<br>POB 1099<br>Langhorne, PA 19047-6099 | Navy Fcu<br>One Security Place<br>Merrifield, VA 22119-0001 |
| Navy Federal Cr Union<br>820 Follin Lane Se<br>Vienna, VA 22180-4907 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Quest Diagnostics<br>PO BOX 4911<br>Southeastern, PA 19398-4911 |
| Rausch Sturm<br>250 N Sunnyslope Road, Suite 300<br>Brookfield, WI 53005-4824 | (p)RENT RECOVERY SOLUTIONS<br>1945 THE EXCHANGE STE 120<br>ATLANTA GA 30339-2062 | Surgical Solutions of Miami, LLC<br>6705 Red Road, Suite 416<br>Miami, FL 33143-3644 |
| Surgicare of Miramar<br>14601 SW 29th Street, Suite 301<br>Hollywood, FL 33027-4714 | Syncb/care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/ppc<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/rooms To Go<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Tammy K Windisch, DO<br>703 N Flamingo Rd<br>Hollywood, FL 33028-1006 | Tenet Florida Physicians Services<br>POB 100198<br>Atlanta, GA 30384-0198 |
| Webbank/fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Wells Fargo Bank, N.A.<br>POB 6426<br>Carol Stream, IL 60197-6426 | Westlake Financial Svc<br>4751 Wilshire Bvld<br>Los Angeles, CA 90010-3847 |
| Wff Cards<br>Cscl Dispute Team N8235-04m<br>Des Moines, IA 50306 | Carlos Enrique Hernandez<br>4964 SW 134 Ave.<br>Hollywood, FL 33027-5510 | Marc P Barmat<br>2255 Glades Rd Suite 301E<br>Boca Raton, FL 33431-7383 |
| Mitchell J. Nowack Esq.<br>8551 Sunrise Blvd #208<br>Plantation, FL 33322-4007 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial Services
c/o DFS Customer Care Dept
POB 81577
Austin, TX 78708

Fsb Blaze
500 E. 60th Street
Sioux Falls, SD 57104

Jpmcb Card
Po Box 15369
Wilmington, DE 19850

Rent Recovery Solutions
1945 The Exchange SE, Suite 120
Atlanta, GA 30339

End of Label Matrix
Mailable recipients    57
Bypassed recipients     0
Total                  57