## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

IN RE:                                                          CASE NO. 20-19526-SMG
                                                                CHAPTER 7
CARLOS ENRIQUE HERNANDEZ


_____Debtor_____/

### TRUSTEE'S NOTICE OF PROPOSED AUCTION SALE

TO:   ALL CREDITORS AND INTERESTED PARTIES ENUMERATED ON THE LIST ATTACHED TO THE ORIGINAL NOTICE ON FILE WITH THE COURT AND ALL PARTIES REGISTERED TO RECEIVE NOTICES ELECTRONICALLY.

COMES NOW, the Trustee, MARC P. BARMAT, (the "Trustee"), and files this Trustee's Notice of Proposed Auction Sale of assets of the estate consisting of the following:

**2009 Harley Davidson Heritage Softail Motorcycle – VIN:  1HD1JD5139T023005**

The Trustee, through National Auction Company, intends to sell the Debtor's asset(s) by way of auction to be held as follows:

| **DATE OF AUCTION** | **TIME OF AUCTION** | **LOCATION OF AUCTION** |
|---|---|---|
|  | 11:00AM | 1900 SW 100th Avenue |
|  |  | Miramar, Florida 33025 |
|  |  | Phone: (800) 659-7004 |

**Anyone wishing to inspect the above items before the auction must contact National Auction Company to make an appointment.**

**National Auction Company** will announce the terms of the auction, which includes a ten percent (10%) buyer's premium, on the date of the auction.

Every effort has been made to provide as complete and accurate description as possible. The Trustee's office makes no representations as to the condition of any asset being sold. Everything is sold **"as-is" "where-is"** condition and without any warranty or guarantee. Any potential bidder should do their own due diligence before making any offer.

Any interested party may file its written objection, if any, with the Clerk, United States Bankruptcy Court, 299 E. Broward Blvd., Room 112, Fort Lauderdale, FL33301 and must serve a copy on the Trustee, MARC P. BARMAT, One Boca Place, Suite 337W, 2255 Glades Road, Boca Raton, FL 33431.

**Pursuant to Bankruptcy Rule 6004 and Local Rule 6004-1(B), this proposed auction will be deemed approved without the necessity of a hearing or Order if no objection to the auction sale is filed and served within 21 days from the date of the service of this notice, or, at least 5 days prior to the date of the proposed auction sale.**

Dated:  November 16, 2020

By: */s/ Marc P. Barmat, Trustee*
MARC P. BARMAT, TRUSTEE
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile:  (561) 338-7532
Email: barmat.trustee@furrcohen.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 20-19526-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Nov 16 12:20:58 EST 2020 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 21st Century Oncology Inc<br>POB 862152<br>Orlando, FL 32886-2152 |
| Aes/ Edsouth<br>Pob 61047<br>Harrisburg, PA 17106-1047 | Assetcare<br>2222 Texoma Pkwy, Suite 180<br>Sherman, TX 75090-2484 | BCA Financial Services, Inc<br>18001 Old Cutler Road, Suite 462<br>Miami, FL 33157-6437 |
| BioReference Laboratories<br>POB 21134<br>New York, NY 10087-1134 | Blaine P Mitchell, DO<br>500 North Hiatus Road, Suite 200<br>Pembroke Pines, FL 33026-5213 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Cavalry<br>POB 520<br>Valhalla, NY 10595-0520 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Cb Indigo/gf<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Ccs/first National Ban<br>500 East 60th St North<br>Sioux Falls, SD 57104-0478 | Celtic Bank/contfinco<br>4550 New Linden Hill Road<br>Wilmington, DE 19808-2930 |
| Celtic/cont<br>4550 New Linden Hill Road<br>Wilmington, DE 19808-2930 | Conduent<br>POB 30114<br>Salt Lake City, UT 84130-0114 | Deborah Cintron<br>9217 SW 227th Street, Unit 5<br>Miami, FL 33190-1885 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dr. Arturo R. Logrono, MD<br>1 SW 129th Ave, Suite 201<br>Pembroke Pines, FL 33027-1716 | Dr. Augusto E Whittwell<br>6705 SW 57th Avenue, Suite 416<br>Miami, FL 33143-3644 |
| Dr. David S Marshall, MD<br>3600 Washington St<br>Hollywood, FL 33021-8216 | Dr. Isaac Levy, MD<br>7770 Davie Road Extension<br>Hollywood, FL 33024-2516 | Edfinancial<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 |
| Florida Department of Education<br>Office of Student Financial Assistance (<br>325 West Gaines Street, Suite 1314<br>Tallahassee, Florida 32399-6401 | Francisco R. Maderal, MD<br>2140 W 68th St #300<br>Hialeah, FL 33016-1815 | Freedom Road Financial<br>10605 Double R Blvd<br>Reno, NV 89521-8920 |
| (p)FIRST SAVINGS BANK<br>PO BOX 5096<br>SIOUX FALLS SD 57117-5096 | Fst Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Greater Florida Anesthesiologists LLC<br>PO Box 17426<br>Clearwater, FL 33762-0426 |

| | | |
|---|---|---|
| HSBC Card Services<br>PO BOX 5222<br>Carol Stream, IL 60197-5222 | Indira Hernandez<br>4964 SW 134th Avenue<br>Hollywood, FL 33027-5510 | Internal Revenue Service*<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Jonathan D. Bratter, DO<br>1951 SW 172nd Ave, Suite 203<br>Hollywood, FL 33029-5613 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Larkin Community Hospital<br>7031 SW 62nd Ave<br>Miami, FL 33143-4701 |
| Lending Club Corp<br>595 Market St<br>San Francisco, CA 94105-2807 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Memorial Healthcare Systems<br>2900 Corporate Way<br>Hollywood, FL 33025-3925 |
| Memorial Hospital West<br>PO Box 628249<br>Orlando, FL 32862-8249 | Midland Credit Management<br>POB 60578<br>Los Angeles, CA 90060-0578 | NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD VA 22119-3000 |
| NCB Management Services, Inc<br>POB 1099<br>Langhorne, PA 19047-6099 | Navy Fcu<br>One Security Place<br>Merrifield, VA 22119-0001 | Navy Federal Cr Union<br>820 Follin Lane Se<br>Vienna, VA 22180-4907 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Quest Diagnostics<br>PO BOX 4911<br>Southeastern, PA 19398-4911 | Rausch Sturm<br>250 N Sunnyslope Road, Suite 300<br>Brookfield, WI 53005-4824 |
| (p)RENT RECOVERY SOLUTIONS<br>1945 THE EXCHANGE STE 120<br>ATLANTA GA 30339-2062 | Surgical Solutions of Miami, LLC<br>6705 Red Road, Suite 416<br>Miami, FL 33143-3644 | Surgicare of Miramar<br>14601 SW 29th Street, Suite 301<br>Hollywood, FL 33027-4714 |
| Syncb/care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/ppc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/rooms To Go<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Tammy K Windisch, DO<br>703 N Flamingo Rd<br>Hollywood, FL 33028-1006 | Tenet Florida Physicians Services<br>POB 100198<br>Atlanta, GA 30384-0198 | Webbank/fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 |
| Wells Fargo Bank, N.A.<br>POB 6426<br>Carol Stream, IL 60197-6426 | Westlake Financial Svc<br>4751 Wilshire Bvld<br>Los Angeles, CA 90010-3847 | Wff Cards<br>Cscl Dispute Team N8235-04m<br>Des Moines, IA 50306 |

| | | |
|---|---|---|
| Carlos Enrique Hernandez<br>4964 SW 134 Ave.<br>Hollywood, FL 33027-5510 | Marc P Barmat<br>www.barmattrustee.com<br>2255 Glades Rd Suite 301E<br>Boca Raton, FL 33431-7383 | Mitchell J. Nowack Esq.<br>8551 Sunrise Blvd #208<br>Plantation, FL 33322-4007 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services<br>c/o DFS Customer Care Dept<br>POB 81577<br>Austin, TX 78708 | Fsb Blaze<br>500 E. 60th Street<br>Sioux Falls, SD 57104 | Jpmcb Card<br>Po Box 15369<br>Wilmington, DE 19850 |

| | |
|---|---|
| Rent Recovery Solutions<br>1945 The Exchange SE, Suite 120<br>Atlanta, GA 30339 | End of Label Matrix<br>Mailable recipients    62<br>Bypassed recipients     0<br>Total                  62 |