

**NATIONAL AUCTION COMPANY**

*Licensed Real Estate Brokers & Auctioneers*
*AB640 • AU899*

December 5, 2020

Mr. Marc Barmat
Bankruptcy Trustee
2255 Glades Road
Suite 301E
Boca Raton, Florida 33431

SUBJECT:   Post Auction Report
Carlos Enrique Hernandez
Case Number: 20-19526-SMG

Dear Mr. Barmat

Enclosed please find the following in connection with the auction conducted on December 5, 2020:
1. Post Auction Report - Auctioneer's Settlement Statement
2. Post Auction Report - Auctioneer's Sales Reports
3. Post Auction Report - Promotional & Event Related Expenses
4. Post Auction Report - Registered Bidders
5. Copy of Bill of Sale (2009 Harley-Davidson Motorcycle)

This auction was conducted together with other vehicles being administered by two other Chapter 7 Trustees, Robert Furr and Sonya Slott. By having multiple assets in one auction event, it is possible to advertise and promote the event with one budget. Accordingly, the expenses included in the Post Auction Report reflect 20% of the total budget.

Included with our report you will find our Auctioneer's Escrow Account check in the amount of $5,000.00 which represents the proceeds of sale. In the event you have questions or need more information, please let me know

Very truly yours,

George Richards
President & Auctioneer

Mailing Address: 7958 Pines Boulevard #506, Pembroke Pines, Florida 33024
Office Address: 1900 SW 100 Avenue, Miramar, Florida 33025
561.364.7004 • 954.658.5033 • www.natlauction.com

United States Bankruptcy Court
Southern District of Florida - Fort Lauderdale Division
Carlos Enrique Hernandez
Case Number: 20-19526-SMG
Marc Barmat, Trustee

Auction Date: December 5, 2020

Auctioneer's Settlement Statement

| | | |
|---|---|---:|
| 1. | Sales: | $ 5,000.00 |
| 2. | 10% Buyer's Premium: | $ 500.00 |
| 3. | Florida Sales Tax Collected: | $ 0.00 |
| 4. | Total: | $ 5,500.00 |
| 5. | Advertising & Event Related Expenses:<br>(Invoiced To Trustee) | $ 326.28 |
| 6. | Commission Due Auctioneer (10% Buyer's Premium):<br>(Retained By National Auction Company) | $ 500.00 |
| 7. | Amount Remitted to Trustee: | $ 5,000.00 |

Report Submitted By:

*[signature]*

George Richards,
President & Auctioneer
National Auction Company
December 5, 2020

United States Bankruptcy Court
Southern District of Florida - Fort Lauderdale Division
Carlos Enrique Hernandez
Case Number: 20-19526-SMG
Marc Barmat, Trustee

Auction Date: December 5, 2020

Auctioneer's Sales Report

| BIDDER NO. | TOP BID PRICE | BUYER'S PREMIUM | SALES TAX | SALE AMOUNT |
|---|---|---|---|---|
| 393 | $5,000.00 | $500.00 | $0.00 | $5,500.00 |
| Total | $5,000.00 | $500.00 | $0.00 | $5,500.00 |

Purchaser Information

**Asset Sold:** *2009 Harley-Davidson Motorcycle*
VIN: 1HD1JD5139Y023005

Bidder Number: 393

Bidder's Name: Frank DeFalco

Address: 11501 SW 59 Court
Cooper City, Florida 33330

Telephone: (954) 665-7032

Form of Payment: Personal Check

Other: Top Bid Price Confirmed By Trustee Post Auction

Sales Tax: Paid When Title To Vehicle Is Transferred

Submitted By:

George Richards
President & Auctioneer
December 5, 2020

# POST AUCTION REPORT

United States Bankruptcy Court
Southern District of Florida - Fort Lauderdale Division
Carlos Enrique Hernandez
Case Number: 20-19526-SMG
Marc Barmat, Trustee

Auction Date: December 5, 2020

## Promotional & Event Related Expenses

| | | | |
|---|---|---|---|
| I. | Direct Mail | | |
| | A. | Auction Post Card | |
| | | 1. Printing | 13.48 |
| | | 2. Layout, Design, Coordination | 0.00 |
| | B. | Postage | 77.00 |
| | C. | Mailing List Development & Mailing | 30.00 |
| | D. | Publishing Information to WebSite | 0.00 |
| | E. | E-Mail Blasts | 0.00 |
| II. | Signs | | |
| | A. | Auction Signs | 0.00 |
| | B. | Auction Event Directional Signs | 0.00 |
| III. | Newspaper Advertising | | |
| | A. | Auctionzip.com (Online) | 0.00 |
| | B. | Fort Lauderdale Sentinel | 0.00 |
| | C. | Miami Herald (Electronic Edition) | 0.00 |
| | D. | Auto Trader | 25.80 |
| | D. | Layout & Coordination | 0.00 |
| | E. | Constant Contact (E-Mail Blasts) | 0.00 |
| IV. | Pre Event Expense | | |
| | A. | Auction Set-Up | 0.00 |
| | B. | Vehicle Pickup From Debtor | 0.00 |
| | C. | Auction Pre-Event Preview | 0.00 |
| V. | Auction Event Expenses | | |
| | A. | Auction Staffing | 0.00 |
| | B. | Auction Supplies | 0.00 |
| | C. | Secured Vehicle Storage | 180.00 |
| Total: | | | $326.28 |

Report Submitted By:

*[signature]*

George Richards
President & Auctioneer
National Auction Company
December 5, 2020

Bankruptcy Auctn 12/5/20

Prepared by:
Date: 11/19/20

# TOUCAN PRESS INC.

1116 North G Street • Lake Worth Beach, FL 33460
561-586-5331 • Fax: 561-586-5388 • touranpress@bellsouth.net

Customer's Order No. _____  DATE 11/17/20 20

SOLD TO National Auction

ADDRESS _____

| JOB# | INVOICE # | CONTACT PERSON |
|---|---|---|
| 2999 | 2114 | George |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1000 | POSTCARDS Ac SM | | 63 00 |
| | | TAX | 4 41 |
| | | TOTAL DUE | 67 41 |

**ALL Claims and Returned Goods MUST Be Accompanied By This Bill**
TERMS: ALL ACCOUNTS ARE DUE AND PAYABLE UPON RECEIPT OF INVOICE. INVOICES PAST 30 DAYS ARE SUBJECT TO A 1.5% PER MONTH SERVICE CHARGE, PLUS ALL REASONABLE COLLECTION COSTS AND FEES. ALL RETURNED CHECKS SUBJECT TO A $25.00 SERVICE CHARGE.

SIGNATURE _left out side_ 11/19/20

Prepared by:
Date:

# • BANKRUPTCY AUCTION •

By Order of The United States Bankruptcy Court, Southern District of Florida

## Saturday, December 5 @ 11:00am

Preview Auction Day 9:00am to 11:00am
1900 SW 100 Avenue, Miramar, Florida 33025

---

In Re: Fred & Sucel Abbondandolo • Case Number: 20-12174-EPK • Robert Furr, Trustee
**1977 Chevrolet Corvette** VIN: 1Z37675415160

In Re: David Blethen • Case Number: 18-17061 • Marc Barmat, Trustee
**2014 Toyota Prius** VIN: JTDKN3DU1E0369837

Carlos Hernandez • Case Number: 20-19526-SMG • Marc Barmat, Trustee
**2009 Harley-Davidson Heritage Softail Motorcycle**
VIN: 1HD1JD5139T023005

In Re: Bennett Ible • Case Number: 20-17687 • Marc Barmat, Trustee
**2002 Honda CTX1800C Motorcycle**
VIN: 1HFSC46062A001915

In Re: Andre Stephen Legister • Case Number: 20-19620-SMG • Sonya S. Slott, Trustee
**2010 INFINITI G37X** VIN: JN1CV6AR0AM250513

In Re: Zarina Idalis Garcia • Case Number: 20-20179-SMG • Sonya S. Slott, Trustee
**2015 Hyundai Tucson** VIN: KM8JU3AG031767

Terms & Conditions of Sale: Assets To be Offered & Sold Subject To Confirmation of Court-Appointed Trustee. Any balance due must be paid no later than 12:00 P.M. Mon., Dec 7, 2020. Payments must be in the form of Cash, Cashier's Check or Money Order only. All purchases must be removed from the premises no later than 12:00 P.M. Mon., Dec 7, 2020. Arrangements for removal of purchases must be scheduled through George Richards of National Auction Company. Anyone attending previews and auction will be expected to be in compliance current Broward County Covid 19 restrictions including mask requirements and social distancing.

**NATIONAL AUCTION COMPANY**
Real Estate Brokers & Auctioneers
Licensed • Insured • Bonded

For more information contact **George Richards** at
**561-364-7004** or **954-658-5033** (cell)
grichards@natlauction.com
or visit our website at **www.natlauction.com**

Mailing Address: 7958 Pines Blvd #506, Pembroke Pines, FL 33024
Office Address: 1900 SW 100 Ave, Miramar, FL 33025

---

**NATIONAL AUCTION COMPANY**
Real Estate Brokers & Auctioneers
AB640 • AU699

7958 Pines Blvd. #506
Pembroke Pines FL 33024

12/5/20
Evans DR

Postage Bankruptcy Auth

Prepared by:
Date: 11/18/20

---

**UNITED STATES POSTAL SERVICE.**

DAVIE
3850 S UNIVERSITY DR
DAVIE, FL 33328-9998
(800)275-8777

11/18/2020                                      09:59 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Coral Reefs Coil | 7 | $35.00 | $245.00 |

Grand Total:                                    $245.00

Debit Card Remitted                             $245.00
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX6100
    Approval #
    Transaction #: 782
    Receipt #: 043985
    Debit Card Purchase: $245.00
    AID: A0000000042203         Chip
    AL: US Debit
    PIN: Verified

In a hurry? Self-service
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

or call 1-800-410-7420.

UFN: 113046-0277
Receipt #: 840-53300090-3-5905333-1
Clerk: 18

---

**UNITED STATES POSTAL SERVICE.**

PEMBROKE PINES
2350 N UNIVERSITY DR
PEMBROKE PINES, FL 33024-9998
(800)275-8777

11/18/2020                                      10:16 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Coral Reefs Coil | 4 | $35.00 | $140.00 |

Grand Total:                                    $140.00

Debit Card Remitted                             $140.00
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX6100
    Approval #
    Transaction #: 125
    Receipt #: 030459
    Debit Card Purchase: $140.00
    AID: A0000000042203         Chip

Self-service kiosks offer
easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Po
or scan this code with your mobile devi



or call 1-800-410-7420.

UFN: 113996-0312
Receipt #: 840-53300016-2-4627121-2
Clerk: 02

Autotrader **CLASSICS**     Autotrader **MOTORCYCLES**     Autotrader **RVs**

3003 Summit Boulevard, Suite 200, Atlanta, GA 30319

## Advertising Insertion Order

| | |
|---|---|
| **Advertiser:** National Auction Company | **Sales Rep:** Bradley Chapple |
| **Contact:** George Richards | **Advertiser ID** 71246887 |
| **Address:** 7958 Pines Blvd #506, Pembroke Pines, FL 33024 | **Phone:** (404) 568-5571 |
| **Phone:** (561) 394-7004 | **Email:** bradley.chapple@coxautoinc.com |
| **Email:** grichards@natlauction.com | **Fax:** (404) 568-9207 |

**Campaign Dates:**     11/20 - 12/5/2020

**Website:** www.autotraderclassics.com

| Product | Size | Monthly Impressions | Monthly Cost |
|---|---|---|---|
| Auction Listings Package | up to 5 | unlimited | $129.00 |
| Includes 5 featured ads & 1 spotlight ad | | | |
| Auction Page and Landing Page included | | | |

**Website:** www.autotradermotorcycles.com

| Product | Size | Monthly Impressions | Monthly Cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Website:** www.autotraderrvs.com

| Product | Size | Monthly Impressions | Monthly Cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Total Monthly Cost:**

**Total Insertion Order:**     $129.00

**Advertiser Website URL:**     http://www.natlauction.com/
**Other Campaign Notes:**     *Inventory will be loaded directly from client website and linked to inventory page*
*Program can be cancelled at any time with 30 days notice in writing.*

*(Creative due: Three business days prior to campaign start date)*

**Terms & Conditions**

Advertiser/Agency hereby accepts the terms and conditions in the attached Standard Terms and Conditions which are incorporated herein by reference (together with this Advertising Insertion Order, the "Agreement"). Such acceptance is conclusively evidenced by Advertiser/Agency signature of this Advertising Insertion Order. All Standard IAB Conditions Apply. These conditions are available online at http://www.iab.net/

*Agreed to by:*

*Bradley Chapple*                                    X_____

Sales Representative                                    Advertiser/Agency Representative
Dated:     11/19/2020                                    Dated:

**Standard Terms & Conditions**

1. **General:** AutoTrader.com, Inc. ("Media Provider") and ___National Auction Company___ ("Advertiser") desire to enter into a relationship whereby Media Provider will display the Advertiser's advertisements ("Advertisements") in the Media Provider's website currently located at www.autotraderclassics.com, www.autotradermotorcycle.com, www.autotraderrvs.com and, if applicable, other websites owned or controlled by Media Provider or its affiliates from time to

# INVOICE

**Unique Vehicles, Inc.**
**1900 SW 100 Avenue**
**Miramar, Florida 3302**

---

**BILL TO:** National Auction Company

**CASE #:** United States Bankruptcy Court - Southern District of Florida
Carlos Enrique Hernandez
Case # 20-19526-SMG

**ASSET:** 2009 Harley-Davidson Heritage Softail Motorcycle

**DATE IN:** October 31, 2020
**DATE OUT:** December 5, 2020

| Date of Service | Description | Amount |
|---|---|---|
| 10/31/20 - 12/5/20 | Secured Storage (36 Days @ $5.00) | $180.00 |
| 10/31/20 - 12/5/20 | Maintain battery & periodically start engine | 0.00 |
| **TOTAL** | | **$180.00** |

Please mail payment to 1900 SW 100 Avenue, Miramar, Florida 33021

Thank you

# POST AUCTION REPORT

United States Bankruptcy Court
Southern District of Florida - Fort Lauderdale Division
Carlos Enrique Hernandez
Case Number: 20-19526-SMG
Marc Barmat, Trustee

Auction Date: December 5, 2020

Registered Bidders

| Bidder Number | Bidder's Name | Bidder's Address | Telephone Contact |
|---|---|---|---|
| 390 | Emmett Jones | 7630 NW 14 Court<br>Miami, Florida 33147 | (786) 267-5031 |
| 391 | Fuad Habona | 6018 NW 80 Terrace<br>Parkland, Florida 33067 | (954) 263-1015 |
| 392 | Anthony Leoni | 4870 East Roundtable Road<br>Davie, Florida 33331 | (954) 655-9323 |
| 393 | Fran DeFalco | 11501 SW 59 Court<br>Cooper City, Florida 33330 | (954) 665-7032 |
| 394 | Unique Vehicles, Inc. | 1900 SW 100 Avenue<br>Miramar, Florida 33025 | (754) 246-4371 |
| 395 | Rocco DeLeo | 1811 NW 106 Avenue<br>Pembroke Pines, Florida 33026 | (954) 435-0144 |
| 396 | Navid Pishgoo<br>Miami Fine Cars & Trucks | 17880 South Dixie Highway<br>Miami, Florida 33157 | (305) 336-7530 |
| 397 | Tri Minh Nguyen | 14003 N. Cypress Cove Circle<br>Davie, Florida 33325 | (954) 557-6570 |
| 398 | Jose Hanono | 10411 SW 184 Terrace<br>Miami, Florida 33157 | (786) 312-5758 |
| 399 | Frank Rizzo | 1948 Wentworth Drive<br>Pompano Bch, Florida 33062 | (954) 531-4367 |
| 400 | Elias Rodriguez | 16129 SW 68 Terrace<br>Miami, Florida 33193 | (786) 514-4391 |
| 401 | James Bracco | 8215 Chatuga Court<br>Lake Worth, Florida 33467 | (561) 603-0115 |

1

| Bidder Number | Bidder's Name | Bidder's Address | Telephone Contact |
|---|---|---|---|
| 402 | Hector Camacho | 260 Nassau Boulevard<br>Coconut Creek, Florida | (954) 513-9237 |
| 403 | Pierre Dougniaux | 2481 Andros Lane<br>Ft Lauderdale, Florida 33312 | (954) 288-5264 |
| 404 | Chris McHugh | 2492 SW 57 Avenue<br>West Park, Florida 33023 | (954) 675-9925 |
| 405 | Timothy Walker<br>Superior Auto Sales | 3815 Eliza Road<br>Tallahassee, Florida 32308 | (786) 294-4730 |
| 406 | Patrick Reid | 5970 Funston Street<br>Hollywood, Florida 33023 | None Given |
| 407 | Hamid Djahanshahi | 61 Deer Run<br>Miami Springs, Florida 33166 | None Given |
| 408 | Dennis Nazareth | 465 Ocean Drive #402<br>Miami Beach, Florida 33132 | (305) 216-1234 |

Report Submitted By:

*[signature]*

George Richards
President & Auctioneer
National Auction Company
December 5, 2020

# BILL of SALE

United States Bankruptcy District Court
Southern District of Florida
Fort Lauderdale Division
In Re: Carlos Enrique Hernandez
Case Number: 20-19526-SMG
Marc Barmat, Chapter 7 Trustee

---

Bidder Number: 393
Auction Date: December 5, 2020
Purchaser's Name: Frank DeFalco
11501 SW 59 Court
Cooper City, Florida 33330

| Date | Description | Amount |
|---|---|---|
| December 5, 2020 | 2009 Harley-Davidson Softail Motorcycle<br>VIN: 1HD1JD5139Y023005<br>APPROXIMATE MILEAGE: 2,251 | |
| | Top Bid Price | $5,000.00 |
| | 10% Buyer's Premium | $500.00 |
| | Florida Sales Tax | N/A |
| TOTAL | | $5,500.00 |

Payment in the amount of $5,500.00 received on December 5, 2020.

Mark Barmat, Chapter 7 Trustee in the matter entitled Carlos Enrique Hernandez, Case Number: 20-19526-SMG does hereby sell and convey the Motor Vehicle described above and has authorized the Court-Appointed Auctioneer to execute this Bill of Sale.

It is understood this vehicle is being offered and sold in As-Is condition with no guaranty or warranty of any kind from either the Bankruptcy Trustee or National Auction Company.

By: _____
George Richards
Court-Appointed Auctioneer
On behalf of Marc Barmat, Chapter 7 Bankruptcy Trustee

Date: December 5, 2020

# NATIONAL AUCTION COMPANY

Licensed Real Estate Brokers & Auctioneers
AB640 • AU899
1325 S. Congress Ave., Suite 202
Boynton Beach, Florida 33426
1-800-659-7004 • Fax: 561-364-8803

## INVOICE

| BILL TO: | Mr. Marc Barmat, Trustee |
| | 2255 Glades Road |
| | Suite 301E |
| | Boca Raton, Florida 33431 |
| AUCTION: | Carlos Enrique Hernandez |
| CASE #: | 20-19526-SMG |
| DATE: | December 5, 2020 |

| Date of Service | Description | Amount |
| --- | --- | --- |
| 12/5/20 | Auction Advertising & Event Related Expenses | $326.28 |
| | | |
| | | |
| TOTAL DUE | | $326.28 |

Submitted By:

*[signature]*

George Richards
National Auction Company
December 5, 2020