

**ORDERED in the Southern District of Florida on December 16, 2020.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In Re: | Case No. 20-19526-SMG |
| | Chapter 7 Proceeding |
| CARLOS ENRIQUE HERNANDEZ | |
| Debtor(s)                    / | |

**ORDER GRANTING TRUSTEE'S EX-PARTE MOTION TO APPROVE PAYMENT
TO SECURED CREDITOR [ECF28]**

THIS CAUSE came before the Court upon the Trustee's Ex-Parte Motion to Approve Payment to Secured Creditor [ECF 28] and the Court being fully advised, it is therefore

ORDERED AND ADJUDGED as follows:

1. The Trustee's Motion to Approve Payment to Secured Creditor is hereby granted.

2. The Trustee is authorized to pay Freedom Road Financial the amount of $3,863.50 which represents the outstanding balance as of December 15, 2020 along with a per diem of $0.99947 to satisfy the outstanding lien against the 2009 Harley Davidson.

3. If any overage should occur when the final payment is processed, the overage should be sent directly to the Trustee and not the Debtor.

###

**Submitted By:**
Marc P. Barmat, Trustee
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
T (561) 395-0500
F (561) 338-7532
Email:  barmat.trustee@furrcohen.com

**Trustee Barmat is directed to serve a conformed copy of this Order on those parties listed below via the manner stated and to file a Certificate of Service with the Court.**

**Via Electronic Notice:**  All parties registered to receive electronic notice through the Court.

**Via Regular Mail:**
Freedom Road Financial
c/o Wayfinder BK LLC
BIN# 51571
P.O. Box 51571
Los Angeles, CA  90051-5871

**George Richards**
1900 SW 100th Ave
Miramar, FL 33025

**Synchrony Bank**
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**Via Email:** (Conduent) – angie@wayfinderbk.com